**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Scott | Christopher | Goodman |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern _____ District of Pennsylvania

Case number 21-10737-ELF
(If known)

☐ Check if this is an amended filing.

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

|  |  | Your assets |
|---|---|---|
|  |  | Value of what you own |
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................ | $ 360,354.60 |
| | 1b. Copy line 62, Total personal property, from *Schedule A/B*............................... | $ 27,242.00 |
| | 1c. Copy line 63, Total of all property on *Schedule A/B* ......................................... | $ 387,596.60 |

### Part 2:    Summarize Your Liabilities

|  |  | Your liabilities |
|---|---|---|
|  |  | Amount you owe |
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*........... | $ 328,314.21 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*......................................... | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................. | +$ 121,324.75 |
| | **Your total liabilities** | $ 449,638.96 |

### Part 3:    Summarize Your Income and Expenses

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*........................................................ | $ 5,518.30 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22, Column A, of *Schedule J* ................................................. | $ 5,349.74 |

| Debtor 1 | Scott | Christopher | | Case number (if known) | 21-10737-ELF |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:** Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

7. **What kind of debt do you have?**

☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ 8,377.13

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

**Total claim**

**From Part 4 on *Schedule E/F*, copy the following:**

9a. Domestic support obligations (Copy line 6a.)                              $ _____ 0.00

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)     $ _____ 0.00

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)   $ _____ 0.00

9d. Student loans. (Copy line 6f.)                                           $ _____ 0.00

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $ _____ 0.00

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)   + $ _____ 0.00

9g. **Total.** Add lines 9a through 9f.          $ _____ 0.00

**Fill in this information to identify your case:**

Debtor 1    <u>Scott</u>                    <u>Christopher</u>              <u>Goodman</u>
            First Name                  Middle Name                Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name                Last Name

United States Bankruptcy Court for the: <u>Eastern</u>        District of <u>Pennsylvania</u>

Case number <u>21-10737-ELF</u>
(If known)

☐ Check if this is an amended filing.

## Official Form 106A/B

## Schedule A/B Property                                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☒ Yes. Where is the property?

| | | |
|---|---|---|
| **1.1.** <u>1105 Wedgewood Road</u><br>Street address, if available, or other description | **What is the property?** Check all that apply.<br>☒ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☐ Land<br>☐ Investment property<br>☐ Timeshare<br>☐ Other _____ | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**   **Current value of the portion you own?**<br>$ <u>227,149.20</u>   $ <u>227,149.20</u><br><br>**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| <u>Flourtown</u>   <u>PA</u>   <u>19031</u><br>City      State     ZIP Code | | |
| <u>Montgomery</u><br>County | **Who has an interest in the property?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☒ At least one of the debtors and another | <u>Entireties</u><br><br>☐ **Check if this is community property** (see instructions) |
| | **Other information you wish to add about this item, such as local property identification number:** _____ | |

If you own or have more than one, list here:

| | | |
|---|---|---|
| **1.2.** <u>124 Centre Avenue</u><br>Street address, if available, or other description | **What is the property?** Check all that apply.<br>☒ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☐ Land<br>☐ Investment property<br>☐ Timeshare<br>☐ Other _____ | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**   **Current value of the portion you own?**<br>$ <u>133,205.40</u>   $ <u>133,205.40</u><br><br>**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| <u>Mount Ephram</u>   <u>NJ</u>   <u>08059</u><br>City      State     ZIP Code | | |
| | **Who has an interest in the property?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☒ At least one of the debtors and another | <u>Entireties</u><br><br>☐ **Check if this is community property** (see instructions) |
| County | **Other information you wish to add about this item, such as local property identification number:** _____ | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:Scott Christopher Goodman | : CHAPTER 13 |
| xxx-xx-7574 | : |
| 1105 Wedgewood Road | : CASE NO. 21-10737-ELF |
| Flourtown PA 19031 | : |
| | : |
| Debtor | : |
| | : |

**ADDENDUM TO DEBTOR'S SCHEDULE AB**

SCHEDULE AB QUESTION 1.1: Value of property

Estimated gross value of property $252,388.00 per Bank of America (copy attached), minus 10% for theoretical cost of sale ($252,388.00 - 25,238.80)= $227,149.20.

SCHEDULE AB QUESTION 1.2: Value of property

Estimated gross value of property $148,006.00 per Bank of America(copy attached), minus 10% for theoretical cost of sale ($148,006.00 - 14,800.60)= $133,205.40.


**BANK OF AMERICA**

Bank of America Real Estate Center®

630 CRESCENT AVE
LANSDALE, PA 19446

**Estimated home value**

# $252,388*

This is our estimate of your home's value. It is intended to be used for illustrative purposes only and does not represent an appraisal or confirmation of actual home value.

5 Total Rooms          3 Bedrooms          1.5 Bathrooms          1,238 Sq. Ft.

🏠 **Overview**          🏡 **Comparables**

# Overview

630 CRESCENT AVE, LANSDALE, PA 19446

| Property Type | SingleFamily | Heat/Air | Heat Only |
|---|---|---|---|
| Year Built | 1952 | Stories | 1 |
| Lot Size | 10,400 Sq. Ft. | County | MONTGOMERY |
| Garages | 0 | Parcel # | 110003112009 |
| Pools | 0 | Assessed Value | $108,030 |
| Fireplace | 0 | Census Tract | 2009031 |

## Value History

2000 - 2019



# Comparable Homes



**BANK OF AMERICA**

Bank of America Real Estate Center®

**124 CENTER AVE**
MOUNT EPHRAIM, NJ 08059

Estimated home value

# $148,006*

This is our estimate of your home's value. It is intended to be used for illustrative purposes only and does not represent an appraisal or confirmation of actual home value.

## 1,338 Sq. Ft.

👣 __Overview__        👣 __Comparables__

# Overview

124 CENTER AVE, MOUNT EPHRAIM, NJ 08059

| Property Type | SingleFamily | Heat/Air | Heat Only |
|---|---|---|---|
| Year Built | 1910 | Stories | 2 |
| Lot Size | 8,594 Sq. Ft. | County | CAMDEN |
| Garages | 1 | Parcel # | 2500030 0100011 |
| Pools | 0 | Assessed Value | $109,000 |
| Fireplace | 0 | Census Tract | 6117003 |

## Value History

2000 - 2019



# Comparable Homes

Debtor 1    Scott    Christopher    Case number (if known)    21-10737-ELF
          First Name        Middle Name        Last Name

| | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| 1.3. _____ | ☐ Single-family home | |
| Street address, if available, or other description | ☐ Duplex or multi-unit building | **Current value of the entire property?** **Current value of the portion you own?** |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | |
| _____ | ☐ Land | $ _____ $ _____ |
| | ☐ Investment property | |
| | ☐ Timeshare | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| _____ | ☐ Other _____ | |
| City            State    ZIP Code | | |
| | **Who has an interest in the property?** Check one. | _____ |
| | ☐ Debtor 1 only | |
| | ☐ Debtor 2 only | |
| _____ | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property |
| County | ☐ At least one of the debtors and another | (see instructions) |
| | **Other information you wish to add about this item, such as local property identification number:** _____ | |

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ...........................................➔  | $ 360,354.60 |

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| 3.1. | Make:    Ford | ☐ Debtor 1 only | |
| | Model:    Transit | ☐ Debtor 2 only | |
| | Year:    2017 | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | Approximate mileage:    93000 | ☒ At least one of the debtors and another | |
| | Other information: | | |
| | | ☐ Check if this is community property (see instructions) | $ 16,279.00   $ 16,279.00 |

If you own or have more than one, describe here:

| | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| 3.2. | Make:    Toyota | ☐ Debtor 1 only | |
| | Model:    Sienna | ☐ Debtor 2 only | |
| | Year:    2012 | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | Approximate mileage:    92000 | ☒ At least one of the debtors and another | |
| | Other information: | | |
| | | ☐ Check if this is community property (see instructions) | $ 6,298.00   $ 6,298.00 |





| Debtor 1 | Scott | Christopher | Smith | Case number (if known) | 21-10737-ELF |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | |
|---|---|---|---|
| 3.3. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | [                    ] | ☐ **Check if this is community property** (see instructions) | $ _____    $ _____ |

| | | | |
|---|---|---|---|
| 3.4. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | [                    ] | ☐ **Check if this is community property** (see instructions) | $ _____    $ _____ |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No
   ☐ Yes

| | | | |
|---|---|---|---|
| 4.1. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | [                    ] | ☐ At least one of the debtors and another | |
| | | ☐ **Check if this is community property** (see instructions) | $ _____    $ _____ |

If you own or have more than one, list here:

| | | | |
|---|---|---|---|
| 4.2. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | [                    ] | ☐ At least one of the debtors and another | |
| | | ☐ **Check if this is community property** (see instructions) | $ _____    $ _____ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..................................................➔    $    22,577.00

| Debtor 1 | Scott | Christopher | Document | Case number (if known) | 21-10737-ELF |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☒ Yes. Describe. .....   Family furniture and furnishings    $    3,000.00

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☒ Yes. Describe. .....   VT, computers, radio    $    250.00

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☒ Yes. Describe. .....   Books, some pottery    $    500.00

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☒ No
   ☐ Yes. Describe. .....       $ _____

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☒ No
    ☐ Yes. Describe. .....       $ _____

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☒ Yes. Describe. .....   Personal clothing    $    200.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☒ Yes. Describe. .....   Wedding ring    $    100.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☒ No
    ☐ Yes. Describe. .....       $ _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☒ No
    ☐ Yes. Describe. .....       $ _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................➔   $    4,050.00

| Debtor 1 | Scott | Christopher | | Case number (if known) | 21-10737-ELF |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:**  Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

*Current value of the portion you own?*
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☒ No

☐ Yes ................................................................................................................................

Cash: ................... $ _____ 0.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | TD Bank | $ _____ 290.00 |
| 17.2. Checking account: | TD Bank | $ _____ 325.00 |
| 17.3. Savings account: | _____ | $ _____ |
| 17.4. Savings account: | _____ | $ _____ |
| 17.5. Certificates of deposit: | _____ | $ _____ |
| 17.6. Other financial account: | _____ | $ _____ |
| 17.7. Other financial account: | _____ | $ _____ |
| 17.8. Other financial account: | _____ | $ _____ |
| 17.9. Other financial account: | _____ | $ _____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes ..............

Institution or issuer name:

$ _____
$ _____
$ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them.

Name of entity:                                     % of ownership:

. _____  0.00 %    $ _____
. _____  0.00 %    $ _____
. _____  0.00 %    $ _____

---

Debtor 1    Scott                    Christopher                    Document                    Case number (if known)    21-10737-ELF

First Name                Middle Name                Last Name

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒  No
☐  Yes. Give specific        Issuer name:
information about
them. ..................                                                                                    $ _____

                                                                                                          $ _____

                                                                                                          $ _____

**21.  Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒  No
☐  Yes. List each
account separately.    Type of account:    Institution name:

                       401(k) or similar plan:    _____    $ _____

                       Pension plan:    _____    $ _____

                       IRA:    _____    $ _____

                       Retirement account:    _____    $ _____

                       Keogh:    _____    $ _____

                       Additional account:    _____    $ _____

                       Additional account:    _____    $ _____

**22.  Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒  No
☐  Yes ........................

                       Institution name or individual:

                       Electric:    _____    $ _____

                       Gas:    _____    $ _____

                       Heating oil:    _____    $ _____

                       Security deposit on rental unit:    _____    $ _____

                       Prepaid rent:    _____    $ _____

                       Telephone:    _____    $ _____

                       Water:    _____    $ _____

                       Rented furniture:    _____    $ _____

                       Other:    _____    $ _____

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒  No
☐  Yes ........................    Issuer name and description:

                                                                                                          $ _____

                                                                                                          $ _____

                                                                                                          $ _____

Debtor 1    Scott          Christopher          Document                Case number (if known)    21-10737-ELF
            First Name     Middle Name          Last Name

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
     26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
     ☒  No
     ☐  Yes ...................................   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

                                                  _____   $ _____
                                                  _____   $ _____
                                                  _____   $ _____

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
     ☒  No
     ☐  Yes. Give specific
         information about them.
         ........................................                                                    $ _____

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
     *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
     ☒  No
     ☐  Yes. Give specific
         information about them.                                                                     $ _____

27.  **Licenses, franchises, and other general intangibles**
     *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
     ☒  No
     ☐  Yes. Give specific
         information about them.                                                                     $ _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28.  **Tax refunds owed to you**
     ☒  No
     ☐  Yes. Give specific information about
         them, including whether you
         already filed the returns and the tax    Federal:    $ _____
         years.............................................   State:      $ _____
                                                              Local:      $ _____

29.  **Family support**
     *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
     ☒  No
     ☐  Yes. Give specific information.............   Alimony:              $ _____
                                                      Maintenance:          $ _____
                                                      Support:              $ _____
                                                      Divorce settlement:   $ _____
                                                      Property settlement:  $ _____

30.  **Other amounts someone owes you**
     *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workersq
               compensation, Social Security benefits; unpaid loans you made to someone else
     ☒  No
     ☐  Yes. Give specific information.............                                                  $ _____

Official Form 106A/B                           **Schedule A/B: Property**                           page 7

Debtor 1    Scott          Christopher          Cambrosi          Case number (if known)    21-10737-ELF
            First Name     Middle Name          Last Name

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐  No

☒  Yes. Name the insurance company         Company name:                    Beneficiary:                         Surrender or refund
   of each policy and list its value......                                                                        value:

                                            Allstate (property, auto) _____    Debtor _____    $ _____ 0.00

                                            Principal (Life) _____      Debtor's spouse _____    $ _____ 0.00

                                            Prudential (Life) _____      Debtor's spouse _____    $ _____ 0.00

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to
receive property because someone has died.

☒  No

☐  Yes. Give specific information. ......... [                                    ]    $ _____

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒  No

☐  Yes. Describe each claim. .............. [                                    ]    $ _____

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
       rights to set off claims**

☒  No

☐  Yes. Describe each claim. ............ [                                    ]    $ _____

**35.  Any financial assets you did not already list**

☒  No
☐  Yes. Give specific information. .... [                                    ]    $ _____

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have
       attached for Part 4. Write that number here** .................................................................. ➔   $ _____ 615.00

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37.  Do you own or have any legal or equitable interest in any business-related property?**
☐  No. Go to Part 6.
☐  Yes. Go to line 38.

                                                                                    **Current value of the
                                                                                    portion you own?**
                                                                                    Do not deduct secured
                                                                                    claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☐  No

☐  Yes. Describe . [                                    ]    $ _____

**39.  Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐  No

☐  Yes. Describe . [                                    ]    $ _____

| Debtor 1 | Scott | Christopher | Document | Case number (if known) | 21-10737-ELF |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☐ Yes. Describe .  $ _____

**41. Inventory**

☐ No

☐ Yes. Describe .  $ _____

**42. Interests in partnerships or joint ventures**

☐ No

☐ Yes. Describe .....  Name of entity:    % of ownership:

_____   _____%    $ _____

_____   _____%    $ _____

_____   _____%    $ _____

**43. Customer lists, mailing lists, or other compilations**

☐ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No

   ☐ Yes. Describe. ........   $ _____

**44. Any business-related property you did not already list**

☐ No

☐ Yes. Give specific information    $ _____

   $ _____

   $ _____

   $ _____

   $ _____

   $ _____

**45.** **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................................................➔    $ _____0.00

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. **If you own or have an interest in farmland, list it in Part 1.** |
|---|---|

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

**47. Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☐ No

☐ Yes ...................    $ _____

Debtor 1    Scott          Christopher        Gerace                                    Case number (if known)    21-10737-ELF
           First Name     Middle Name        Last Name

48. **Crops—either growing or harvested**

☐ No

☐ Yes. Give specific
   information.............                                                                          $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No

☐ Yes .....................                                                                          $ _____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No

☐ Yes ...................                                                                            $ _____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No

☐ Yes. Give specific
   information.........                                                                              $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here** ................................................................➔    $ _____ 0.00

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

☐ No

☐ Yes. Give
   specific
   information. .....                                                                                $ _____
                                                                                                     $ _____
                                                                                                     $ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............➔   $ _____ 0.00

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ...........................................................................➔   $ _____ 360,354.60

56. **Part 2: Total vehicles, line 5**                                 $ _____ 22,577.00

57. **Part 3: Total personal and household items, line 15**            $ _____ 4,050.00

58. **Part 4: Total financial assets, line 36**                        $ _____ 615.00

59. **Part 5: Total business-related property, line 45**               $ _____ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**      $ _____ 0.00

61. **Part 7: Total other property not listed, line 54**             + $ _____ 0.00

62. **Total personal property.** Add lines 56 through 61 ...................   $ _____ 27,242.00    Copy personal property total ➔   + $ _____ 27,242.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ..............................................   $ _____ 387,596.60

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | <u>Scott</u> | <u>Christopher</u> | <u>Goodman</u> |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>Eastern</u>          District of <u>Pennsylvania</u>

Case number <u>21-10737-ELF</u>
(If known)

☐  Check if this is an amended filing.

## Official Form 106C
## Schedule C: The Property You Claim As Exempt                                04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| **Part 1:** | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒  You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
   ☐  You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: <u>1105 Wedgewood Road</u><br>Line from *Schedule A/B*: <u>1.1</u> | $        <u>227,149.20</u> | ☐ $       <u>18,809.93</u><br>☒ 100% of fair market value, up to any applicable statutory limit | <u>Bethea v. PA Financial 595 A2d 122</u><br><u>11 U.S.C. ?522(b)(3)(B)</u> |
| Brief description: <u>124 Centre Avenue</u><br>Line from *Schedule A/B*: <u>1.2</u> | $        <u>133,205.40</u> | ☐ $       <u>25,953.67</u><br>☒ 100% of fair market value, up to any applicable statutory limit | <u>Bethea v. PA Financial 595 A2d 122</u><br><u>11 U.S.C. ?522(b)(3)(B)</u> |
| Brief description: <u>Ford</u><br>Line from *Schedule A/B*: <u>3.1</u> | $        <u>16,279.00</u> | ☐ $       <u>3,555.79</u><br>☒ 100% of fair market value, up to any applicable statutory limit | <u>Bethea v. PA Financial 595 A2d 122</u><br><u>11 U.S.C. ?522(b)(3)(B)</u> |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒  No
   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐  No
   ☐  Yes

Debtor 1    Scott _____ Christopher _____ Co___er_____    Case number (if known)  21-10737-ELF
           First Name         Middle Name         Last Name

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Family furniture and fur____<br>Line from *Schedule A/B*: 6 | $ 3,000.00 | ☒ $ 3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Bethea v. PA Financial 595 A2d 122<br>11 U.S.C. ?522(b)(3)(B) |
| Brief description: VT, computers, radio____<br>Line from *Schedule A/B*: 7 | $ 250.00 | ☐ $ 250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Bethea v. PA Financial 595 A2d 122<br>11 U.S.C. ?522(b)(3)(B) |
| Brief description: Books, some pottery____<br>Line from *Schedule A/B*: 8 | $ 500.00 | ☒ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Bethea v. PA Financial 595 A2d 122<br>11 U.S.C. ?522(b)(3)(B) |
| Brief description: Personal clothing____<br>Line from *Schedule A/B*: 11 | $ 200.00 | ☒ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. 8124(a) |
| Brief description: Wedding ring____<br>Line from *Schedule A/B*: 12 | $ 100.00 | ☒ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. 8124(a) |
| Brief description: Toyota____<br>Line from *Schedule A/B*: 3.2 | $ 6,298.00 | ☒ $ 6,298.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Bethea v. PA Financial 595 A2d 122<br>11 U.S.C. ?522(b)(3)(B) |
| Brief description: Bnak deposits____<br>Line from *Schedule A/B*: 17 | $ 615.00 | ☒ $ 615.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(b)(3)(B)<br>Bethea v. PA Financial |
| Brief description: ____<br>Line from *Schedule A/B*: ____ | $ ____ | ☐ $ ____<br>☐ 100% of fair market value, up to any applicable statutory limit | ____ |
| Brief description: ____<br>Line from *Schedule A/B*: ____ | $ ____ | ☐ $ ____<br>☐ 100% of fair market value, up to any applicable statutory limit | ____ |
| Brief description: ____<br>Line from *Schedule A/B*: ____ | $ ____ | ☐ $ ____<br>☐ 100% of fair market value, up to any applicable statutory limit | ____ |
| Brief description: ____<br>Line from *Schedule A/B*: ____ | $ ____ | ☐ $ ____<br>☐ 100% of fair market value, up to any applicable statutory limit | ____ |
| Brief description: ____<br>Line from *Schedule A/B*: ____ | $ ____ | ☐ $ ____<br>☐ 100% of fair market value, up to any applicable statutory limit | ____ |

**Fill in this information to identify your case:**

Debtor 1    Scott                    Christopher                Goodman
            First Name               Middle Name                Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name                Last Name

United States Bankruptcy Court for the: Eastern          District of Pennsylvania

Case number  21-10737-ELF
(If known)

☐ Check if this is an amended filing.

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**
Wells Fargo Bank NA Home Mortgage
Creditor's Name

P.O.        Box 10355
Number      Street

Des Moines              IA      50306-0335
City                    State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**
Residence

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number _____

Column A: $ 208,339.27   Column B: $ _____   Column C: $ _____

**2.2**
Wells Fargo Bank NA Home Mortgage
Creditor's Name

P.O.        Box 10355
Number      Street

Des Moines              IA      50306-0335
City                    State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**
Rental property in NJ

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number _____

Column A: $ 107,251.73   Column B: $ _____   Column C: $ _____

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $ 315,591.00

Debtor 1 ___Scott_____ ___Christopher_____ _____    Case number (if known) __21-10737-ELF__
          First Name              Middle Name              Last Name

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.3**

__M&T Bank_____
Creditor's Name

__P.O.___ __Box 900_____
Number    Street

_____

__Millsboro_____ __DE__ __19966__
City              State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred __2017_____

**Describe the property that secures the claim:**

| Ford Transit Van |
|---|

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number __0__ __0__ __0__ __1__

$ ___12,723.21___  $ ___16,279.00___  $ _____

---

_____
Creditor's Name

_____
Number    Street

_____

_____
City              State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

|  |
|---|

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

$ _____  $ _____  $ _____

---

_____
Creditor's Name

_____
Number    Street

_____

_____
City              State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

|  |
|---|

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

$ _____  $ _____  $ _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ ___12,723.21___

If this is the last page of your form, add the dollar value totals  from all pages. Write that number here:    $ ___328,314.21___

Debtor 1    Scott          Christopher          Scott          Case number (if known)    21-10737-ELF
            First Name      Middle Name          Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---------|---------------------------------------------------------------|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Wells Fargo Bankruptcy Dept.
Name

On which line in Part 1 did you enter the creditor? _2.1_

Last 4 digits of account number __ __ __ __

P.O.    Box 130000
Number    Street

Raleigh                        NC          27605
City                          State        ZIP Code

---

Wells Fargo Bankruptcy Dept.
Name

On which line in Part 1 did you enter the creditor? _2.2_

Last 4 digits of account number __ __ __ __

P.O.    Box 130000
Number    Street

Raleigh                        NC          27605
City                          State        ZIP Code

---

Name

On which line in Part 1 did you enter the creditor? __

Last 4 digits of account number __ __ __ __

Number    Street

City                          State        ZIP Code

---

Name

On which line in Part 1 did you enter the creditor? __

Last 4 digits of account number __ __ __ __

Number    Street

City                          State        ZIP Code

---

Name

On which line in Part 1 did you enter the creditor? __

Last 4 digits of account number __ __ __ __

Number    Street

City                          State        ZIP Code

---

Name

On which line in Part 1 did you enter the creditor? __

Last 4 digits of account number __ __ __ __

Number    Street

City                          State        ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Scott | Christopher | Goodman |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern        District of Pennsylvania

Case number 21-10737-ELF
(If known)

☐ Check if this is an amended filing.

## Official Form 106E/F
### Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims against you?**
☒ No. Go to Part 2.
☐ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $ _____ | $ _____ | $ _____ 0.00 |

Priority Creditor's Name

Number        Street

City                    State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.2** | | $ _____ | $ _____ | $ _____ 0.00 |

Priority Creditor's Name

Number        Street

City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    Scott                Christopher            Document            Case number (if known)    21-10737-ELF
            First Name           Middle Name    Last Name

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☐ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

---

**4.1**

|  |  |
|---|---|
| **Bank of America Credit Card** | **Last 4 digits of account number** 4  1  8  5    $  22,000.00 |
| Nonpriority Creditor's Name | **Total claim** |
| **P.O.   Box 15019** | **When was the debt incurred?**  various dates |
| Number   Street | |
| **Wilmington             DE      19886-5019** | **As of the date you file, the claim is:** Check all that apply. |
| City                   State   ZIP Code | |
| **Who incurred the debt?** Check one. | ☐ Contingent |
| ☒ Debtor 1 only | ☐ Unliquidated |
| ☐ Debtor 2 only | ☐ Disputed |
| ☐ Debtor 1 and Debtor 2 only | **Type of NONPRIORITY unsecured claim:** |
| ☐ At least one of the debtors and another | ☐ Student loans |
| ☐ **Check if this claim is for a community debt** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☒ No | ☒ Other. Specify credit card purchases |
| ☐ Yes | |

---

**4.2**

|  |  |
|---|---|
| **Bank of America Credit Card** | **Last 4 digits of account number** 9  4  5  5    $  12,000.00 |
| Nonpriority Creditor's Name | |
| **P.O.   Box 15019** | **When was the debt incurred?**  various dates |
| Number   Street | |
| **Wilmington             DE      19886-5019** | **As of the date you file, the claim is:** Check all that apply. |
| City                   State   ZIP Code | |
| **Who incurred the debt?** Check one. | ☐ Contingent |
| ☒ Debtor 1 only | ☐ Unliquidated |
| ☐ Debtor 2 only | ☐ Disputed |
| ☐ Debtor 1 and Debtor 2 only | **Type of NONPRIORITY unsecured claim:** |
| ☐ At least one of the debtors and another | ☐ Student loans |
| ☐ **Check if this claim is for a community debt** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☒ No | ☒ Other. Specify credit card purchases |
| ☐ Yes | |

---

**4.3**

|  |  |
|---|---|
| **Synchrony Bank/Sams Club** | **Last 4 digits of account number** 6  1  7  4    $  13,000.00 |
| Nonpriority Creditor's Name | |
| **P.O.   Box 965005** | **When was the debt incurred?**  various dates |
| Number   Street | |
| **Orlando               FL      32896-5005** | **As of the date you file, the claim is:** Check all that apply. |
| City                   State   ZIP Code | |
| **Who incurred the debt?** Check one. | ☐ Contingent |
| ☒ Debtor 1 only | ☐ Unliquidated |
| ☐ Debtor 2 only | ☐ Disputed |
| ☐ Debtor 1 and Debtor 2 only | **Type of NONPRIORITY unsecured claim:** |
| ☐ At least one of the debtors and another | ☐ Student loans |
| ☐ **Check if this claim is for a community debt** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☒ No | ☒ Other. Specify credit card purchases |
| ☐ Yes | |

---

Debtor 1    Scott                    Christopher                                              Case number (if known)    21-10737-ELF
            First Name              Middle Name              Last Name

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                    Total claim

---

**4.4**

Paypal Inc. Attn. Legal Department
Nonpriority Creditor's Name

| 2211 | North First Street |
|---|---|
| Number | Street |

San Jose                              CA        95131
City                                  State     ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $        44,000.00

**When was the debt incurred?**   various dates

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify rotating credit account

---

**4.5**

Cramco
Nonpriority Creditor's Name

| 2200 | Ann Street |
|---|---|
| Number | Street |

Philadelphia                          PA        19134
City                                  State     ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $        2,400.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.6**

First Data Merchant Services
Nonpriority Creditor's Name

| P.O. | Box 17548 |
|---|---|
| Number | Street |

Denver                                CO        80217-7548
City                                  State     ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  0  0  5  5        $        324.75

**When was the debt incurred?**   various dates

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify merchant services

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page _3_ of _6_

Debtor 1  <u>Scott</u>      <u>Christopher</u>      <u>Scott</u>      Case number (if known) <u>21-10737-ELF</u>

First Name      Middle Name      Last Name

**Part 2:**    Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.7**  Gary S. Pollen C.P.A.
Nonpriority Creditor's Name

301    Davisville Road
Number    Street

Willow Grove    PA    19090
City    State    ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred? _____2020_____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify <u>Accounting Services fo rBusiness</u>

$ _____11,000.00

---

**4.8**  Internal Revenue Service
Nonpriority Creditor's Name

P.O.    Box 7346
Number    Street

Philadelphia    PA    19101-7346
City    State    ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred? __various dates__

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify <u>Dischargeable Taxes</u>

$ _____19,000.00

---

Nonpriority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

$ _____

Debtor 1    Scott    Christopher    Scott    Case number (if known)    21-10737-ELF

First Name    Middle Name    Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---------|---------|

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Bank of America Correspondence (P)
Name

P.O.    Box 982238
Number    Street

El Paso    TX    79998-2238
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.1  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 4  1  8  5

---

Bank of America Correspondence (P)
Name

P.O.    Box 982238
Number    Street

El Paso    TX    TX
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.2  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 9  4  5  5

---

Frederick I Weinberg Esquire
Name

375    East Elm St.
Number    Street

Suite 210

Conshohocken    PA    19428
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.1  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Frederick I Weinberg Esquire
Name

375    East Elm St.
Number    Street

Suite 210

Conshohocken    PA    19428
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.2  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

First Data Merchant Services
Name

1600    Terrell Mill Road SE
Number    Street

Suite 400

Marietta    GA    30067
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.6  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 0  0  5  5

---

Name

Number    Street

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Name

Number    Street

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

| Debtor 1 | Scott | Christopher | | Case number (if known) | 21-10737-ELF |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

1.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

**Total claim**

**Total claims from Part 1**

| | | | |
|---|---|---|---|
| 6a. **Domestic support obligations** | 6a. | $ | 0.00 |
| 6b. **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ | 0.00 |
| 6e. **Total.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

**Total claim**

**Total claims from Part 2**

| | | | |
|---|---|---|---|
| 6f. **Student loans** | 6f. | $ | 0.00 |
| 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ | 121,324.75 |
| 6j. **Total.** Add lines 6f through 6i. | 6j. | $ | 121,324.75 |

**Fill in this information to identify your case:**

Debtor 1 ___Scott___ ___Christopher___ ___Goodman___
First Name    Middle Name    Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: ___Eastern___    District of ___Pennsylvania___

Case number ___21-10737-ELF___
(If known)

☐ Check if this is an amended filing.

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Name _____ Number    Street _____ City    State    ZIP Code | |
| **2.2** Name _____ Number    Street _____ City    State    ZIP Code | |
| **2.3** Name _____ Number    Street _____ City    State    ZIP Code | |
| **2.4** Name _____ Number    Street _____ City    State    ZIP Code | |
| **2.5** Name _____ Number    Street _____ City    State    ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    <u>Scott</u>              <u>Christopher</u>              <u>Goodman</u>
            First Name          Middle Name              Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name              Last Name

United States Bankruptcy Court for the: <u>Eastern</u>              District of <u>Pennsylvania</u>

Case number    <u>21-10737-ELF</u>
(If known)

☐ Check if this is an amended filing.

## Official Form 106H

## Schedule H: Your Codebtors                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live? ___. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number      Street

      _____
      City                          State      ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.** Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or Schedule G (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** <u>Truc Le</u><br>Name<br><u>1105</u>    <u>Wedgewood Road</u><br>Number        Street<br><u>Flourtown</u>        <u>PA</u>      <u>19031</u><br>City              State    ZIP Code | ☒ Schedule D, line <u>2.1</u><br>☐ Schedule E/F, line __<br>☐ Schedule G, line __ |
| **3.2** <u>Truc Le</u><br>Name<br><u>1105</u>    <u>Wedgewood Road</u><br>Number        Street<br><u>Flourtown</u>        <u>PA</u>      <u>19031</u><br>City              State    ZIP Code | ☒ Schedule D, line <u>2.2</u><br>☐ Schedule E/F, line __<br>☐ Schedule G, line __ |
| **3.3** _____<br>Name<br>_____<br>Number        Street<br>_____<br>City              State    ZIP Code | ☐ Schedule D, line __<br>☐ Schedule E/F, line __<br>☐ Schedule G, line __ |

**Fill in this information to identify your case:**

Debtor 1      Scott                        Christopher                      Goodman
              First Name                   Middle Name                     Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name                     Last Name

United States Bankruptcy Court for the: Eastern          District of Pennsylvania

Case number 21-10737-ELF
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income                                                     12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your
spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed,
attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---------|---------------------|

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may Include student or homemaker, if it applies | **Employment status** | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | Self-employed | Commodity Specialist |
| | **Employer's name** | | Siemens Healthineers |
| | **Employer's address** | | |
| | | Number  Street | Number  Street |
| | | | |
| | | | |
| | | City      State   ZIP Code | City      State   ZIP Code |
| | **How long employed there?** | | 12 yrs |

**Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you
need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $                0.00 | $            7,844.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $                0.00 | + $               0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $                0.00 | $            7,844.00 |

Debtor 1    Scott          Christopher          Document
            First Name    Middle Name          Last Name

Case number (if known)    21-10737-ELF

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here.................................................➔ | 4. $ ___0.00 | $ ___7,844.00 |
| 5. | List all payroll deductions: | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. $ ___0.00 | $ ___1,306.35 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. $ ___0.00 | $ ___0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. $ ___0.00 | $ ___784.08 |
| 5d. | **Required repayments of retirement fund loans** | 5d. $ ___0.00 | $ ___0.00 |
| 5e. | **Insurance** | 5e. $ ___0.00 | $ ___1,210.27 |
| 5f. | **Domestic support obligations** | 5f. $ ___0.00 | $ ___0.00 |
| 5g. | **Union dues** | 5g. $ ___0.00 | $ ___0.00 |
| 5h. | **Other deductions.** Specify: ___ | 5h. +$ ___0.00 | +$ ___0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h | 6. $ ___0.00 | $ ___3,300.70 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $ ___0.00 | $ ___4,543.30 |
| 8. | List all other income regularly received: | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ ___750.00 | $ ___225.00 |
| 8b. | **Interest and dividends** | 8b. $ ___0.00 | $ ___0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ ___0.00 | $ ___0.00 |
| 8d. | **Unemployment compensation** | 8d. $ ___0.00 | $ ___0.00 |
| 8e. | **Social Security** | 8e. $ ___0.00 | $ ___0.00 |
| 8f. | **Other government assistance that you regularly receive** | | |
| | Include cash assistance and the value (if know) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ___ | 8f. $ ___0.00 | $ ___0.00 |
| 8g. | **Pension or retirement income** | 8g. $ ___0.00 | $ ___0.00 |
| 8h. | **Other monthly income.** Specify: ___ | 8h. +$ ___0.00 | +$ ___0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e +8f +8g +8h | 9. $ ___750.00 | $ ___225.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ ___750.00 | $ ___4,768.30 = $ ___5,518.30 |
| 11. | State all other regular contributions to the expenses that you list in *Schedule J.* | | |
| | Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. | | |
| | Specify: ___ | | 11. + $ ___0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data.* If it applies. | | 12. $ ___5,518.30 |
| | | | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

☒ No.

☐ Yes. Explain: ___

**Fill in this information to identify your case:**

Debtor 1    Scott _____ Christopher _____ Goodman _____
            First Name        Middle Name           Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing)   First Name        Middle Name           Last Name

United States Bankruptcy Court for the: Eastern _____    District of Pennsylvania _____

Case number 21-10737-ELF _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   income as of the following date:
   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because
   Debtor 2 maintains a separate household

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**
   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No.
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent..................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daugher | 14 | ☐ No  ☒ Yes |
   | Son | 7 | ☐ No  ☒ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes.

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | Your Expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                            4. $ _____ 2,200.00

   **If not included on line 4:**

   4a. Real estate taxes                                                        4a. $ _____ 0.00

   4b. Property, homeowner's, or renter's insurance                             4b. $ _____ 103.00

   4c. Home maintenance, repair, and upkeep expenses                            4c. $ _____ 100.00

   4d. Homeowner's association or condominium dues                              4d. $ _____ 0.00

Debtor 1    Scott           Christopher         Doudican          Case number (if known)    21-10737-ELF
            First Name       Middle Name          Last Name

|  | | | Your Expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence, such as home equity loans.** | 5. $ | 0.00 |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. $ | 340.00 |
| | 6b.  Water, sewer, garbage collection | 6b. $ | 200.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 310.00 |
| | 6d.  Other. Specify: _____ | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 700.00 |
| 8. | **Childcare and children's educational costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 75.00 |
| 10. | **Personal care products and services** | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | 11. $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. $ | 50.00 |
| 13. | **Entertainment, clubs recreation, newspapers, magazines, and books** | 13. $ | 50.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 296.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 103.00 |
| | 15d. Other insurance. Specify: _____ | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: _____ | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 564.64 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: _____ | 17c. $ | 0.00 |
| | 17d. Other. Specify: _____ | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from you pay on line 5,** *Schedule I, Your Income* (Official Form B 6I). | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: _____ | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income*: | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |

| Debtor 1 | Scott | Christopher | | Case number (if known) | 21-10737-ELF |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | | |
|---|---|---|---|---|
| 21. | **Other**. Specify:  Wife's Chapter 13 Plan payment | | 21. | $ _____ 108.10 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ _____ 5,349.74 | |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | | $ _____ 0.00 | |
| | 22c. Add lines 22a and 22b. The result is your monthly expenses. | | 22. $ _____ 5,349.74 | |
| 23. | **Calculate your monthly net income**. | | | |
| | 23a. Copy line 12 (*your combined monthly income*) from *Schedule I*. | | 23a. $ _____ 5,518.30 | |
| | 23b. Copy your monthly expenses from line 22 above. | | 23b. -$ _____ 5,349.74 | |
| | 23c. Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income*. | | 23c. $ _____ 168.56 | |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?:**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification in the terms of your mortgage?

☒ No.
☐ Yes.    | Explain here: |

---

Official Form 106J                    **Schedule J: Your Expenses**                    page 3

| | | | |
|---|---|---|---|
| Debtor 1 | Scott | Christopher | Goodman |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern _____ District of Pennsylvania

Case number 21-10737-ELF _____
(If known)

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*
(Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

SIGN HERE

✗ _____     ✗ _____
Signature of Debtor 1                              Signature of Debtor 2

Date 4-21-2021                                          Date _____
    MM / DD / YYYY                                              MM / DD / YYYY