# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>SCOTT CHRISTOPHER GOODMAN<br><br>Wells Fargo Bank, N.A.,<br>　　　Movant<br><br>vs.<br><br>SCOTT CHRISTOPHER GOODMAN,<br>　　　Debtor | Case No. 21-10737-elf<br>Chapter 13 |

## ORDER

AND NOW, this __28th__ day of __September__, 2021, upon consideration of Wells Fargo Bank, N.A. (Movant), Motion to Approve Payment Deferral and any response thereto (if any), it is:

**ORDERED** that the Motion is **GRANTED** and the parties are authorized to enter into the Payment Deferral attached to the Motion.

_____
Eric L Frank
U.S Bankruptcy Court Judge